UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIANKANZE BAMBA,

                              Plaintiff,

                   -against-

U.S. DEPARTMENT OF HOMELAND
SECURITY-FPS, ALEJANDRO MAYORKAS,
Secretary of the Department of Homeland Security,

                             Defendants.
-----------------------------------------------------------------X

**19-CV-08646 (LJL) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Parties are directed to file a joint letter by **Thursday, September 8, 2022 at 5:00 pm** updating the Court on the status of discovery.

**SO ORDERED.**

DATED:     August 23, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge