**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted

Valerie Figueredo, U.S.M.J.
DATED:  1-18-2023

The Government's request that the Court seal Exhibits C and I to the Declaration of Alyssa B. O'Gallagher (ECF Nos. 79-3 and 79-9) is GRANTED. The Government is directed to re-file redacted versions of the sealed documents on the docket. The Clerk of Court is directed to terminate the motion at ECF No. 82. SO ORDERED.

  Re: *Bamba v. Mayorkas*, 19 Civ. 8646 (L

Dear Judge Figueredo:

  This Office represents Defendant Alejandro Mayorkas, sued in his official capacity as the Secretary of the U.S. Department of Homeland Security (the "Government"), in the above-referenced action.  I write respectfully, pursuant to Rule 21.7 of the Southern District of New York Electronic Case Filing ("ECF") Rules & Instructions, to request that the Court order that Exhibits C and I to the Declaration of Alyssa B. O'Gallagher, filed at ECF Nos. 79-3 and 79-9, be placed under seal.  These Exhibits were inadvertently filed without redaction of all personal identifiers and have been temporarily sealed by the ECF Help Desk.  Upon the formal sealing of these Exhibits, the Government will refile the Declaration of Alyssa B. O'Gallagher, along with redacted Exhibits C and I and all other exhibits to the Declaration, and will inform the Court's Quality Assurance Unit of the refiling.

  I thank the Court for its consideration of this request.

       Respectfully,

       DAMIAN WILLIAMS
       United States Attorney for the
       Southern District of New York

  By: */s/ Alyssa B. O'Gallagher*
     ALYSSA B. O'GALLAGHER
     Assistant United States Attorney
     Tel.: (212) 637-2822
     Email: Alyssa.O'Gallagher@usdoj.gov