**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

MIANKANZE BAMBA,

                     Plaintiff,                     19 **CIVIL** 8646 (LJL)

        -against-                        **JUDGMENT**

U.S. DEPARTMENT OF HOMELAND SECURITY-
FPS, ALEJANDRO MAYORKAS, Secretary of the
Department of Homeland Security,

                     Defendants.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2023, the Court hereby ADOPTS the Report and Recommendation as to its conclusions that Defendant should be granted summary judgment on Plaintiff's non-selection claims under Title VII and on Plaintiff's hostile work environment claim under Title VII. Defendant's motion for summary judgment is GRANTED. Judgment is entered for Defendant, and the case is closed.

**Dated:** New York, New York
           September 13, 2023

                                                       **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                        **BY:**

                                                          **Deputy Clerk**